

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:      01-14-00201-CV

Style:      In the Interest of V. L. B.

     **v** Department of Family and Protective Services

Date motion filed[*]:      March 12, 2014

Type of motion:      Motion for Extension of Time to File Reporter's Record

Party filing motion:      Court Reporter

Document to be filed:      Reporter's Record

Is appeal accelerated?      ☑ Yes    ☐ No

If motion to extend time:

     Original due date:      March 3, 2014

     Number of previous extensions granted:      0

     Date requested:      April 11, 2014

Ordered that motion is:

     ☐      Granted
         If document is to be filed, document due:

         ☐    The Clerk is instructed to file the document as of the date of this order
         ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑      Other:

     The court reporter's request for an extension of time to file the reporter's record is **granted in part and denied in part**. The time for filing the reporter's record is extended to **March 24, 2014**. *See* TEX. R. APP. P. 35.3(c) (limiting each extension of time to file the record to no more than 10 days in accelerated appeals). No further extensions will be granted.

Judge's signature: /s/ Justice Jane Bland
         ☑ Acting individually      ☐ Acting for the Court

         Panel consists of _____.

Date: March 13, 2014